24420. ADAMS *et al. v.* THE STATE.

BROYLES, C. J. The defendants were convicted of simple larceny. The meager evidence contained in the record transmitted to this court did not authorize their conviction of the offense charged, and the trial court erred in overruling their motion for a new trial.

*Judgment reversed. MacIntyre and Guerry, JJ., concur.*

DECIDED NOVEMBER 2, 1934.

*R. L. Addleton, J. W. Slade Jr.,* for plaintiffs in error.
*W. H. Connor, solicitor-general,* contra.